IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :     CRIMINAL NO. 13-164-7
                              :
         v.                   :
                              :
 VALERIY DAVYDCHYK            :
                              :

## ENTRY OF APPEARANCE

To the Clerk:

    Please enter my appearance on behalf of the defendant in the above-named case.

_Fortunato Perri Jr_
Counsel for Defendant

30 S 15d St
Address

Phila
215-981-0999
Phone Number

4/10/13
Date
Cr. 17 (8/80)